IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

CELSO GUERRA,
CUSTODIO GUERRA,                          CASE NO. 4:08cr29-SPM
IGNACIO AVIANEDA-AGUIRRE
   aka Nacho
   aka Frankie
SONYA RAE GRAVES,
AMY ANNE DICE,
JERRY SAPP,
JOSEPH RODGERS TOMPKINS
   aka Jody,
WENDALYN ANN VANN
   aka Wendy
and
MELISSA FRANCES WILLIAMS
_____/

### GOVERNMENT'S MOTION TO SEAL

The United States of America, through its undersigned Assistant United States Attorney does hereby requests that this Court issue an Order sealing the Superseding Indictment as well as continue the Court's Order sealing the Original Indictment and further that the present motion as well any filings or proceedings not be entered on the docket of this case until a date ordered by the Court. In support of this motion states as follows:

1. Defendants Celso GUERRA, Custodio GUERRA, and Ignacio AVIANEDA-AGUIRRE were previously Indicted by the grand jury for the northern District of Florida on June 2, 2008, and at that time, the government sought a Motion to Seal, which was granted by the Court.

U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 AUG -5  PM 4: 28

FILED

2. The additional named defendants, and others unnamed are targets on an ongoing multi-agency methamphetamine trafficking investigation, which has been ongoing since at least 2005. The investigation continues, and is believed that additional targets may as yet be indicted as a result of this investigation.

3. The United States therefore respectfully requests that this Court continues its' previously issued Order sealing the Original Indictment to apply to the superseding Indictment, and further requests that the present motion as well any filings or proceedings not be entered on the docket of this case until ordered by the Court.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this motion to seal be granted.

Respectfully submitted,

THOMAS F. KIRWIN
ACTING UNITED STATES ATTORNEY

_____
ERIC K. MOUNTIN
Assistant U.S. Attorney
Texas Bar No. 00784649
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 216-3819

2

## ORDER

The government's motion is hereby granted.

DONE AND ORDERED this the  5th  day of August 2008.

*/s/ William Sherrill*
WILLIAM C. SHERRILL, Jr.
UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 AUG -5 PM 4: 28

FILED

3